# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-427-FDW-DCK

| | |
|---|---|
| MB REALTY GROUP, INC., and MATT BECKHAM, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE GASTON COUNTY BOARD OF EDUCATION, GASTON COUNTY, W. JEFFREY BOOKER, in his capacity as Superintendent Of Gaston County Board Of Education, and Individually, CARSTARPHEN FAMILY FOUNDATIONS, THE STOWE FOUNDATION, INC., CATHERINE ROBERTS and TRACY PHILBECK, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER BEFORE THE COURT** on Defendant W. Jeffrey Booker's "Motion For Extension Of Time To Answer Or Otherwise Respond To Complaint" (Document No. 10) filed August 9, 2017. This matter has been referred to the undersigned Magistrate Judge pursuant to 28U.S.C §636(b) and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiffs' counsel, the undersigned will <u>grant</u> the motion.

This matter is governed by the "Standing Order Governing Civil Case Management Before the Honorable Judge Frank D. Whitney." (3:07-MC-047-FDW, Document No. 2). As such the "Initial Scheduling Order," issued in this case on July 24, 2017, provides in pertinent part:

> Extensions of time to serve pleadings shall not be granted except by leave of court for good cause shown (consent of opposing counsel alone is not sufficient). **Absent extraordinary circumstances, no party shall receive more than one extension of time to serve a**

> **pleading,** with any such extension being **no more than twenty (20) days in duration.**

(3:07-MC-047-FDW, Document No. 2) (emphasis added).

**IT IS, THEREFORE, ORDERED** that Defendant W. Jeffrey Booker's "Motion For Extension Of Time To Answer Or Otherwise Respond To Complaint" (Document No. 10) is **GRANTED**. Defendant W. Jeffrey Booker shall have up to and including **September 7, 2017** to answer or otherwise respond to Plaintiff's Complaint.

Signed: August 9, 2017

_____
David C. Keesler
United States Magistrate Judge

2

Case 3:17-cv-00427-FDW-DCK   Document 11   Filed 08/09/17   Page 2 of 2