IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-427-FDW-DCK

| | |
|---|---|
| MB REALTY GROUP, INC., and MATT BECKHAM, <br><br>Plaintiffs, <br><br>v. <br><br>THE GASTON COUNTY BOARD OF EDUCATION, GASTON COUNTY, W. JEFFREY BOOKER, CARSTARPHEN FAMILY FOUNDATIONS, THE STOWE FOUNDATION, INC., CATHERINE ROBERTS and TRACY PHILBECK, <br><br>Defendants. | **ORDER** |

**THIS MATTER BEFORE THE COURT** on "Defendant Tracy Philbeck's Motion For Extension Of Time To Answer" (Document No. 43) filed September 29, 2017. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b) and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiffs' counsel, the undersigned will grant the motion, with modification. See (Document Nos. 4, 7, 11).

**IT IS, THEREFORE, ORDERED** that "Defendant Tracy Philbeck's Motion For Extension Of Time To Answer" (Document No. 43) is **GRANTED with modification**. Defendant Tracy Philbeck shall have up to and including **November 2, 2017** to answer or otherwise respond to Plaintiffs' Complaint.

Signed: October 2, 2017

David C. Keesler
United States Magistrate Judge