# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| MB Realty Group, Inc. , | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:17-cv-00427-FDW-DCK |
| vs. | ) | |
| Carstarphen Family Foundation and The Stowe Foundation, Inc., Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and Jury Verdicts having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's May 8, 2019 Verdicts.

May 9, 2019

_____
Frank G. Johns, Clerk
United States District Court